**No. 52340.**—R. H. Macy & Co., Inc., et al. *v.* United States, protests 620101–G, etc. (New York).

Opinion by Tilson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52341.**—B. Altman & Co., Inc. *v.* United States, protests 690512–G, etc. (New York).

Opinion by Tilson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52342.**—Saks & Co., Inc., et al. *v.* United States, protests 841032–G, etc. (New York).

Opinion by Tilson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52343.**—Stern & Stern Textile Importers, Inc., et al. *v.* United States, protests 984207–G, etc. (New York).

Opinion by Tilson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

MAY 20, 1948

**No. 52344.**—American Mink Co., Inc., et al. *v.* United States, protests 105054–K, etc.——————————————————————Abstract 52263.   Plaintiffs' application for rehearing granted.

BEFORE THE FIRST DIVISION, MAY 26, 1948

**No. 52345.**—Tuteur & Co., Inc., et al. *v.* United States, protests 96059–K, etc. (New York).

Opinion by Cole, J.   The undisputed facts showed that the present merchandise is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon, Inc.* v. *United States* (35 C. C. P. A. 99, C. A. D. 378).   The claim at 10 percent under paragraph 34 was therefore sustained.